# Exhibit 21

## Trade Confirmation

| | |
|---|---|
| Client | Loggerhead Services LLC Roth 401(K) Plan |
| Trade Date | 19/03/2015 |

TJM are pleased to confirm the following details of your transaction:

### Trade Details

| | |
|---|---|
| Ticker | NOVOB DC |
| Underlying | NOVO NORDISK A/S-B |
| ISIN | DK0060534915 |
| Market | OTC |
| Currency | DKK |
| Shares | 6,847,676.00 |
| Gross Price | 341.90 |
| Nominal | 2,341,220,424.40 |
| Client Buy/Sell | BUY |
| Settlement | 24/03/2015 |
| SEDOL | BHC8X90 |

This bargain has been dealt on an execution only basis by us as AGENT and as per your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

**E trading@tjmpartners.com | T +44 (0)20 7965 4620**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL