# Exhibit 47, Part 6

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.12 - Summary of Dividend Refund Claims Filed by the Costello Advisors Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/07/15 | Syntax GIS | Novozymes A/S - B | 754,559 | 611,193 | 92,269 |
| 05/07/15 | Syntax GIS | TDC A/S | 3,215,984 | 868,316 | 131,086 |
| 05/07/15 | Syntax GIS | DSV A/S | 799,852 | 345,536 | 52,164 |
| 05/07/15 | Syntax GIS | Danske Bank A/S | 3,252,599 | 4,830,110 | 729,183 |
| 05/07/15 | Syntax GIS | Pandora A/S | 448,005 | 1,088,652 | 164,350 |
| 05/07/15 | Syntax GIS | GN Store Nord A/S | 631,884 | 153,548 | 23,181 |
| 05/07/15 | Syntax GIS | Novo Nordisk A/S - B | 6,731,490 | 9,087,512 | 1,371,907 |
| 05/07/15 | Syntax GIS | Tryg A/S | 35,294 | 276,352 | 41,720 |
| 05/07/15 | Syntax GIS | FLSmidth & Co A/S | 80,583 | 195,817 | 29,562 |
| 05/07/15 | Syntax GIS | Carlsberg A/S - B | 179,029 | 435,040 | 65,676 |
| 05/07/15 | Syntax GIS | Vestas Wind Systems A/S | 380,663 | 400,838 | 60,513 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,904 | 4,206,272 | 635,005 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 8,100 | 4,310,577 | 650,751 |
| 05/15/15 | Syntax GIS | Coloplast A/S - B | 294,479 | 357,792 | 54,858 |
| | | **Total** | | **27,167,553** | **4,102,226** |

Notes:

[1] SKAT_MDL_001_00085151.

[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.13 - Summary of Dividend Refund Claims Filed by the Proper Pacific LLC 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/20/15 | Goal Taxback Limited | Chr. Hansen Holding A/S | 839,500 | 854,527 | 122,962 |
| 04/20/15 | Goal Taxback Limited | Coloplast A/S - B | 930,208 | 1,883,671 | 271,051 |
| 04/21/15 | Goal Taxback Limited | Novo Nordisk A/S - B | 6,634,763 | 8,956,930 | 1,288,730 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 7,879 | 4,192,967 | 603,287 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 8,083 | 4,301,530 | 618,907 |
| 04/27/15 | Goal Taxback Limited | Novozymes A/S - B | 683,931 | 553,984 | 80,876 |
| 04/27/15 | Goal Taxback Limited | TDC A/S | 3,293,727 | 889,306 | 129,830 |
| 04/27/15 | Goal Taxback Limited | DSV A/S | 692,422 | 299,126 | 43,669 |
| 04/27/15 | Goal Taxback Limited | Danske Bank A/S | 2,906,712 | 4,316,467 | 630,160 |
| 04/27/15 | Goal Taxback Limited | Pandora A/S | 400,364 | 972,885 | 142,031 |
| 04/27/15 | Goal Taxback Limited | GN Store Nord A/S | 622,804 | 151,341 | 22,094 |
| 04/27/15 | Goal Taxback Limited | Tryg A/S | 34,813 | 272,586 | 39,795 |
| 04/27/15 | Goal Taxback Limited | FLSmidth & Co A/S | 81,037 | 196,920 | 28,748 |
| 04/27/15 | Goal Taxback Limited | Carlsberg A/S - B | 180,313 | 438,161 | 63,967 |
| 04/27/15 | Goal Taxback Limited | Vestas Wind Systems A/S | 377,809 | 397,833 | 58,079 |
| 05/15/15 | Goal Taxback Limited | Coloplast A/S - B | 294,370 | 357,660 | 54,838 |
| | | **Total** | | **29,035,894** | **4,199,026** |

Notes:
[1] SKAT_MDL_001_00077772.
[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.14 - Summary of Dividend Refund Claims Filed by the SVP 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/26/15 | Syntax GIS | Novozymes A/S - B | 806,895 | 653,585 | 95,360 |
| 05/26/15 | Syntax GIS | TDC A/S | 2,997,556 | 809,340 | 118,085 |
| 05/26/15 | Syntax GIS | DSV A/S | 786,623 | 339,821 | 49,581 |
| 05/26/15 | Syntax GIS | Pandora A/S | 457,499 | 1,111,723 | 162,203 |
| 05/26/15 | Syntax GIS | Danske Bank A/S | 3,321,528 | 4,932,469 | 719,659 |
| 05/26/15 | Syntax GIS | GN Store Nord A/S | 539,922 | 131,201 | 19,143 |
| 05/26/15 | Syntax GIS | Novo Nordisk A/S - B | 5,751,820 | 7,764,957 | 1,132,925 |
| 05/26/15 | Syntax GIS | Tryg A/S | 34,929 | 273,494 | 39,903 |
| 05/26/15 | Syntax GIS | FLSmidth & Co A/S | 80,428 | 195,440 | 28,515 |
| 05/26/15 | Syntax GIS | Carlsberg A/S - B | 178,819 | 434,530 | 63,399 |
| 05/26/15 | Syntax GIS | Vestas Wind Systems A/S | 372,304 | 392,036 | 57,199 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,841 | 4,172,745 | 608,813 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 7,859 | 4,182,324 | 610,211 |
| 05/26/15 | Syntax GIS | Coloplast A/S - B | 295,344 | 358,843 | 52,356 |
| | | **Total** | | **25,752,508** | **3,757,351** |

Notes:
[1] SKAT_MDL_001_027929.
[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.15 - Summary of Dividend Refund Claims Filed by the Oaks Group Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/17/15 | Acupay System LLC | Chr. Hansen Holding A/S | 882,144 | 897,934 | 130,077 |
| 04/17/15 | Acupay System LLC | Coloplast A/S - B | 990,463 | 2,005,688 | 290,549 |
| 04/24/15 | Acupay System LLC | Novo Nordisk A/S - B | 6,265,681 | 8,458,669 | 1,232,701 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - A | 39,792 | 21,176,109 | 3,086,042 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - B | 40,186 | 21,385,784 | 3,116,598 |
| 05/01/15 | Acupay System LLC | Novozymes A/S - B | 699,630 | 566,700 | 84,998 |
| 05/01/15 | Acupay System LLC | TDC A/S | 2,808,409 | 758,270 | 113,731 |
| 05/01/15 | Acupay System LLC | DSV A/S | 558,466 | 241,257 | 36,186 |
| 05/01/15 | Acupay System LLC | Danske Bank A/S | 3,256,796 | 4,836,342 | 725,393 |
| 05/01/15 | Acupay System LLC | Pandora A/S | 448,583 | 1,090,057 | 163,495 |
| 05/01/15 | Acupay System LLC | GN Store Nord A/S | 588,158 | 142,922 | 21,437 |
| 05/01/15 | Acupay System LLC | Tryg A/S | 174,086 | 1,363,093 | 204,448 |
| 05/01/15 | Acupay System LLC | FLSmidth & Co A/S | 400,182 | 972,442 | 145,855 |
| 05/01/15 | Acupay System LLC | Carlsberg A/S - B | 889,131 | 2,160,588 | 324,062 |
| 05/01/15 | Acupay System LLC | Vestas Wind Systems A/S | 1,877,229 | 1,976,722 | 296,485 |
| 05/22/15 | Acupay System LLC | Coloplast A/S - B | 1,459,548 | 1,773,351 | 261,935 |
| | | **Total** | | **69,805,930** | **10,233,991** |

Notes:
[1] SKAT_MDL_001_035653.
[2] Historical daily exchange rates obtained from Capital IQ.

## APPENDIX D

## EXHIBIT 3 – BELLWETHER CASE TRADES

**PROVIDED ELECTRONICALLY**

## APPENDIX D

## EXHIBIT 4 – BELLWETHER CASH FLOW ANALYSIS

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 4 – Summary of Bellwether Cash Flows

| Pension Plan | Beneficiary[1] | Purported Danish Stock Investment[2] | Purported Dividends[3] | Refunds Received | Reclaim Agent Fee | Ganymede Payment | Purported Trading and Brokers Fees | Partnership Payments | Other | Amount Left for Plan | % of Tax Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernina Pension Plan[4] | John van Merkensteijn | $ 1,878,998,228 | $ 38,365,775 | $ 10,358,759 | $ (94,394) | $ (6,875,498) | $ (195,420) | $ - | $ - | $ 3,193,447 | 30.8% |
| RJM Capital Pension Plan[5] | Richard Markowitz | $ 1,970,247,159 | $ 39,910,271 | $ 10,621,413 | $ (55,545) | $ (7,107,621) | $ (70,814) | $ - | $ - | $ 3,387,433 | 31.9% |
| Delvian LLC Pension Plan[5] | Alicia Colodner | $ 2,006,790,606 | $ 44,953,257 | $ 11,923,504 | $ (53,830) | $ (7,849,298) | $ (136,322) | $ (3,689,851) | $ - | $ 194,203 | 1.6% |
| Basalt Ventures LLC Roth 401(k) Plan[6] | John van Merkensteijn | $ 672,112,226 | $ 15,373,992 | $ 4,150,978 | $ (35,283) | $ (3,113,233) | $ (115,581) | $ - | $ - | $ 886,880 | 21.4% |
| STOR Capital Consulting LLC 401(k) Plan[7] | Robert Klugman | $ 646,576,763 | $ 14,657,801 | $ 3,957,606 | $ (33,640) | $ (2,968,205) | $ (94,177) | $ - | $ - | $ 861,585 | 21.8% |
| Edgepoint Capital LLC Roth 401(k) Plan[8] | Robert Klugman | $ 802,387,731 | $ 17,092,435 | $ 4,704,675 | $ (35,285) | $ (3,528,506) | $ (147,493) | $ - | $ - | $ 993,391 | 21.1% |
| Loggerhead Services LLC Roth 401(k) Plan[9] | Perry Lerner | $ 1,074,275,449 | $ 38,725,090 | $ 10,455,774 | $ (52,061) | $ (7,841,831) | $ (132,379) | $ (2,350,183) | $ 41,194 | $ 120,514 | 1.2% |
| Roadcraft Technologies LLC Roth 401(k) Plan[10] | Ronald Altbach | $ 1,041,022,669 | $ 36,885,870 | $ 9,959,185 | $ (53,866) | $ (7,469,389) | $ (148,186) | $ (2,316,050) | $ 150,274 | $ 121,967 | 1.2% |
| The Baeroot Capital Investments LLC 401(k) Plan[11] | David Zelman | $ 694,869,341 | $ 16,223,622 | $ 4,380,378 | $ (32,853) | $ (3,285,283) | $ (119,089) | $ (933,950) | $ 38,134 | $ 47,337 | 1.1% |
| The Costello Advisors Pension Plan[12] | Gavin Crescenzo | $ 660,099,881 | $ 14,872,599 | $ 4,015,602 | $ (30,117) | $ (3,889,380) | $ (96,105) | $ - | $ - | $ - | 0.0% |
| The LBR Capital Pension Plan[13] | Doston Bradley | $ 737,873,456 | $ 15,891,086 | $ 4,290,593 | $ (42,906) | $ (4,118,328) | $ (129,301) | $ - | $ (59) | $ - | 0.0% |
| The FWC Capital LLC Pension Plan[14] | Roger Lehman | $ 1,183,509,081 | $ 38,830,045 | $ 10,484,112 | $ (53,252) | $ (10,275,618) | $ (155,142) | $ - | $ - | $ - | 0.0% |
| The Proper Pacific LLC 401(k) Plan[15] | Doston Bradley | $ 783,034,148 | $ 15,995,932 | $ 4,318,902 | $ (43,189) | $ (4,150,142) | $ (125,582) | $ - | $ 11 | $ - | 0.0% |
| The Oaks Group Pension Plan[16] | Matthew Tucci | $ 1,139,614,285 | $ 38,221,886 | $ 10,319,909 | $ (52,108) | $ (10,140,940) | $ (133,557) | $ - | $ 6,695 | $ - | 0.0% |
| The SVP 401(k) Plan[17] | Svetlin Petkov | $ 610,996,178 | $ 14,097,947 | $ 3,806,446 | $ (28,548) | $ (3,689,260) | $ (88,637) | $ - | $ - | $ - | 0.0% |
| **Total** | | **$ 15,962,407,201** | **$ 400,097,608** | **$ 107,747,836** | **$ (696,977)** | **$ (86,302,533)** | **$ (1,887,784)** | **$ (9,290,034)** | **$ 236,249** | **$ 9,806,757** | |
| *% of Tax Refunds* | | | | | | *80.1%* | | | *8.6%* | | |

Notes:

1. See Exhibit 1.01-1.04
2. This amount represents the USD equivalent of Step 1 of the Solo Trading Loops shown in Exhibit 3. Historical daily exchange rates obtained from Capital IQ.
3. Dividends converted into USD using historical daily exchange rates obtained from Capital IQ. See SKAT_MDL_001_00059498; SKAT_MDL_001_00059073; SKAT_MDL_001_00070683; SKAT_MDL_001_00080795; SKAT_MDL_001_01456; SKAT_MDL_001_00060743; SKAT_MDL_001_00056852; SKAT_MDL_001_00048046; SKAT_MDL_001_00058171; SKAT_MDL_001_00082801; SKAT_MDL_001_00088872; SKAT_MDL_001_03565; SKAT_MDL_001_027929
4. WH_MDL_00037988; MPSKAT00081173; MPSKAT00085392; MPSKAT00165623; MPSKAT00165885; MPSKAT00169582; WH_MDL_00108321; MPSKAT00001427; MPSKAT00001580; MPSKAT00081360; MPSKAT00083414; MPSKAT00009278; MPSKAT00010955; MPSKAT00037318; MPSKAT00129628; MPSKAT00031661; MPSKAT00145731
5. MPSKAT00160669
6. WH_MDL_00162577; MPSKAT00097325; GUNDERSON00000434; MPSKAT00007256; WH_MDL_00037295; WH_MDL_00043785; WH_MDL_00044788; WH_MDL_00049841; WH_MDL_00089278; JHVM_0001854
7. ELYSIUM-05093143; KLUGMAN00067805; KLUGMAN00067806; KLUGMAN00067807; STOR00001880
8. KLUGMAN00019243; MPSKAT00007321; MPSKAT00006966; KLUGMAN00019345; WH_MDL_00036641; WH_MDL_00037495; WH_MDL_00044406; WH_MDL_00089296; WH_MDL_00059029; KLUGMAN00001565
9. MBJ_0048625; ELYSIUM-05399473; MPSKAT00007016; MPSKAT00008939; WH_MDL_00090795; KLUGMAN00003356; LBR00000899; MPSKAT00005894; MPSKAT00000978; LBR00000078; PL00000563
10. WH_MDL_00029587; MPSKAT00009507347; MPSKAT00009702; KLUGMAN00003362; WH_MDL_00090784; WH_MDL_00037264; WH_MDL_00049846; WH_MDL_00050282; KLUGMAN00003260; WH_MDL_00090783; RCO0000056
11. LBR00000794? ; MPSKAT00007347; MPSKAT00005893; WH_MDL_00025572; WH_MDL_00025572; WH_MDL_00022599; WH_MDL_00043483; BRONO00014; KLUGMAN00000304; WH_MDL_00090733
12. LHMAN00019475; COSTELLO00000922; COSTELLO00000313; COSTELLO00000314
13. LBR00000139-346; LBR00000126; ELYSIUM-05065430; ELYSIUM-05088638
14. FWCCAP00000194; LEHMAN00019330; ELYSIUM-05088637; ELYSIUM-05269913; FWCCAP00004407-413
15. PROPPACIF00000533; ELYSIUM-05088639; ELYSIUM-05093143; PROPPACIFIC00000113; PROPPACIFIC00000317-321
16. OAKS00000066; OAKS00000085; OAKS000000294-296
17. ELYSIUM-05093143; SVP00000312-313

## **APPENDIX D**

## **EXHIBIT 5 – SAMPLE CASH FLOW ANALYSIS**

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.01 - Summary of Cash Flows from Sample Claims (Argre)

| Shareholder (Pension Plan) [1] | Beneficiary [1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKKs) | Fx Rate [2] | Claimed Withheld dividend tax (USD) | Ganymede % [3] | Payment to Ganymede (USD) | Partnership % [3] | Partnership Payment (USD) [3] | Maximum Potential Amount Remaining for Plan (USD) [4] | % of Tax Refund to Plan [4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mill River Capital Management Pension Plan [5] | Adam Lassca | Chr. Hansen Holding A/S | 12/21/2012 | 2/6/2013 | 783,000.00 | 5.5135 | 142,070.45 | 66.7% | (94,718.37) | 90% | (42,616.87) | 4,735.21 | 3.3% |
| Xiphias LLC Pension Plan [6] | Quartet | Novo Nordisk A/S - B | 4/19/2013 | 5/15/2013 | 13,851,000.00 | 5.79878 | 2,388,605.88 | 66.7% | (1,592,483.54) | n/a | - | 796,122.34 | 33.3% |
| 2321 Capital Pension Plan [7] | Lake McGee | DSV A/S | 4/19/2013 | 5/15/2013 | 286,875.00 | 5.79878 | 49,471.61 | 66.1% | (32,676.00) | 95% | (15,955.83) | 839.78 | 1.7% |
| Remece Investments LLC Pension Plan [8] | Quartet | TDC A/S | 4/23/2013 | 5/8/2013 | 2,235,600.00 | 5.6433 | 395,378.41 | 66.3% | (262,135.89) | n/a | - | 133,242.52 | 33.7% |
| California Catalog Company Pension Plan [9] | Daniel Stein | H. Smiths & Co A/S | 5/16/2013 | 6/17/2013 | 777,040.00 | 5.59373 | 139,012.79 | 66.1% | (91,837.95) | 95% | (44,835.10) | 2,359.74 | 1.7% |
| DFL Investments Pension Plan [10] | David Colodner | Tryg A/S | 5/16/2013 | 6/17/2013 | 1,614,600.00 | 5.59373 | 288,644.61 | 66.1% | (190,649.76) | 95% | (93,095.10) | 4,899.74 | 1.7% |
| Routier LLC Pension Plan [11] | Alexander Burns | A.P. Moller Mærsk A/S - B | 5/16/2013 | 6/17/2013 | 3,110,400.00 | 5.59373 | 556,051.15 | 66.1% | (367,271.78) | 90% | (169,901.43) | 18,877.94 | 3.4% |
| Michelle Investments Pension Plan [12] | Quartet | Novo Nordisk A/S - B | 5/16/2013 | 6/17/2013 | 14,580,000.00 | 5.59373 | 2,606,489.77 | 66.1% | (1,723,411.03) | n/a | - | 883,078.73 | 33.9% |
| Davis Investments Pension Plan [13] | David Vinyon | Tryg A/S | 6/12/2013 | 6/27/2013 | 877,500.00 | 5.73072 | 153,122.12 | 66.1% | (101,259.66) | 90% | (46,676.22) | 5,186.25 | 3.4% |
| Next Level Pension Plan [14] | Edwin Miller | Chr. Hansen Holding A/S | 12/10/2013 | 1/2/2014 | 1,325,488.64 | 5.46185 | 242,681.26 | 66.7% | (161,795.60) | 95% | (76,841.38) | 4,044.28 | 1.7% |
| 2321 Capital Pension Plan [15] | Lake McGee | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,699,110.00 | 5.5133 | 308,182.17 | 66.7% | (205,465.05) | 95% | (97,581.26) | 5,133.86 | 1.7% |
| Michelle Investments Pension Plan [16] | Quartet | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,854,090.00 | 5.5133 | 336,292.22 | 66.7% | (224,206.02) | n/a | - | 112,086.20 | 33.3% |
| Laegeler Asset Management Pension Plan [17] | Brian & Cindy Laegeler | Danske Bank A/S | 4/17/2014 | 6/3/2014 | 2,351,536.92 | 5.47754 | 429,305.29 | 66.7% | (286,217.84) | n/a | - | 14,308.75 | 3.3% |
| Bowline Management Pension Plan [17] | Lake McGee | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 641,734.92 | 5.48118 | 117,079.70 | 66.6% | (77,975.08) | 95% | (37,149.39) | 1,955.23 | 1.7% |
| Davis Investments Pension Plan [17] | David Vinyon | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 763,830.00 | 5.48118 | 139,355.03 | 66.7% | (92,908.00) | 90% | (41,802.33) | 4,644.70 | 3.3% |
| Next Level Pension Plan [17] | Edwin Miller | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 690,261.48 | 5.48118 | 125,933.01 | 66.7% | (83,959.54) | 95% | (39,874.80) | 2,098.67 | 1.7% |
| Remece Investments LLC Pension Plan [18] | Quartet | TDC A/S | 8/15/2014 | 8/28/2014 | 1,130,020.88 | 5.65628 | 199,781.64 | 66.1% | (132,055.66) | n/a | - | 67,725.98 | 33.9% |
| **Total** | | | | | 48,572,447.84 | | 8,617,457.11 | | (5,721,096.77) | | (835,108.42) | 2,061,341.92 | |
| *% of Tax Refunds* | | | | | | | | 66.4% | | | | 9.7% | |

Notes:
1. See Exhibit 1.01.
2. S&P Capital IQ
3. Partnership payments are calculated by applying the partnership percentages from each plan's agreement to the cash flows when applicable. See Richard Markowitz Exhibit 2133.
4. This does not take into account additional expenses which were paid by the plan to brokers and other Shah related entities.
5. ELVSUM-0527112 1; MPSKAT00016400; ELVI000114095; MPSK_0T00002011 1
6. ELVSUM-0526997 1; MPSKAT00003312
7. ELVI_0003287 2; MPSKAT00001358
8. ELVSUM-0429767
9. JRVM_0002595 MPSKAT00022222 MPSKAT00008590 1
10. JRVM_0005489 MPSKAT00008546
11. JRVM_0005282; MPSKAT00003842
12. JRVM_0005282; MPSKAT00003835
13. JRVM_0000014; MPSKAT00005944
14. ELVSUM-0186605; ELVXBU4c0T04187 0; MPSKAT00010963
15. ELVSUM-0186605; ELVXBU4c0T04187 0; MPSKAT00016983
16. ELVSUM-0186605; ELVXBU4c0T04187 0; MPSKAT00010724
17. ELVSUM-0525000; ELVXBU4c0509912
18. ELVSUM-0526992; MPSKAT00143527

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5-D2 – Summary of Cash Flows from Sample Claims (Kaye Scholer)

| Shareholder (Pension Plan) | Beneficiary [1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate [2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership % [3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD) [4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Routt Capital Pension Plan [5] | Richard Markowitz | Colopian A/S - B | 12/15/2014 | 4/20/2015 | 2,104,027.65 | 6.9367 | 303,318.24 | 75.0% | (227,488.68) | n/a | | 75,829.56 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan [6] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/14/2015 | 5/22/2015 | 12,654,804.12 | 6.75566 | 1,877,655.79 | 75.0% | (1,408,241.84) | 95% | (445,943.25) | 23,470.70 | 1.3% |
| Green Scale Management LLC Roth 401(K) Plan [7] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/24/2015 | 5/21/2015 | 21,395,362.68 | 6.70381 | 3,191,522.83 | 75.0% | (2,393,642.12) | 93% | (757,986.67) | 39,894.04 | 1.3% |
| Routt Capital Pension Plan [8] | Richard Markowitz | Tryg A/S | 5/1/2015 | 5/21/2015 | 817,287.57 | 6.70381 | 121,913.89 | 75.0% | (91,435.42) | n/a | | 30,478.47 | 25.00% |
| Trailing Edge Productions LLC Roth 401(K) Plan [9] | Perry Lerner | Tryg A/S | 4/27/2015 | 5/29/2015 | 273,642.84 | 6.9974 | 40,256.99 | 75.0% | (30,192.74) | 95% | (9,561.03) | 503.21 | 1.3% |
| Tree Wind Investments LLC Roth 401(K) Plan [10] | Ronald Altbach | Carlsberg A/S - B | 4/27/2015 | 5/29/2015 | 431,845.02 | 6.9974 | 63,530.91 | 75.0% | (47,648.18) | 95% | (15,088.59) | 794.14 | 1.3% |
| Fulcrum Productions LLC Roth 401(K) Plan [11] | Edwin Miller | TDC A/S | 4/28/2015 | 5/29/2015 | 788,180.10 | 6.9974 | 115,941.43 | 75.0% | (86,956.08) | 95% | (27,536.09) | 1,449.27 | 1.3% |
| The Random Holdings 401(K) Plan [12] | Robert Klugman | TDC A/S | 4/30/2015 | 5/29/2015 | 769,460.85 | 6.9974 | 113,199.29 | 75.0% | (84,899.47) | n/a | | 28,299.82 | 25.00% |
| Hadron Industries LLC Roth 401(K) Plan [13] | Richard Markowitz | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 197,131.32 | 6.9974 | 29,000.99 | 75.0% | (21,750.74) | n/a | | 7,250.25 | 25.00% |
| The Random Holdings 401(K) Plan [14] | Robert Klugman | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 194,927.31 | 6.9974 | 28,676.75 | 75.0% | (21,507.56) | n/a | | 7,169.19 | 25.00% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan [15] | Edwin Miller | Tryg A/S | 4/27/2015 | 7/16/2015 | 823,371.48 | 6.84556 | 120,278.18 | 75.0% | (90,208.63) | 95% | (28,566.07) | 1,503.48 | 1.3% |
| Ballast Ventures LLC Roth 401(K) Plan [16] | Joseph Herman | Danske Bank A/S | 5/22/2015 | 7/8/2015 | 4,580,203.32 | 6.7314 | 680,423.58 | 75.0% | (510,317.69) | 95% | (161,600.60) | 8,505.29 | 1.3% |
| Albedo Management LLC Roth 401(K) Plan [17] | Joseph Herman | Colopian A/S - B | 5/22/2015 | 7/8/2015 | 1,788,477.57 | 6.7314 | 265,691.77 | 75.0% | (199,268.83) | 95% | (63,101.80) | 3,321.15 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan [18] | Robin Jones | Colopian A/S - B | 6/10/2015 | 7/8/2015 | 352,234.58 | 6.7314 | 52,327.09 | 75.0% | (39,245.32) | 95% | (12,427.68) | 654.09 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan [19] | Robin Jones | Carlsberg A/S - B | 5/21/2015 | 7/20/2015 | 433,509.57 | 6.87694 | 63,038.15 | 75.0% | (47,278.61) | 95% | (14,971.56) | 787.98 | 1.3% |
| Headsail Manufacturing LLC Roth 401(K) Plan [20] | Robert Klugman | Vestas Wind Systems A/S | 6/24/2015 | 8/10/2015 | 1,987,662.81 | 6.79162 | 292,664.02 | 75.0% | (219,498.01) | n/a | | 73,166.00 | 25.0% |
| **Total** | | | | | 49,622,048.99 | | 7,359,439.90 | | (5,519,579.93) | | (1,536,783.35) | 303,076.63 | |
| *% of Tax Refunds* | | | | | | | | 75.0% | | 20.9% | | | |

Notes:
[1]  See Exhibit 1.02.
[2]  S&P Capital IQ.
[3]  Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable.
[4]  The does not take into account additional expenses which were paid by the plan to brokers and other Shah related entities.
[5]  ELYSIUM-03399473; WH_MDL_0002566
[6]  ELYSIUM-07846058; KE_MDL_11480
[7]  ELYSIUM-07846059; KE_MDL_00904
[8]  ELYSIUM-07846030
[9]  ELYSIUM-07846058; WH_MDL_00012403
[10]  ELYSIUM-07846058; KE_MDL_11690
[11]  ELYSIUM-07846058; KE_MDL_11490
[12]  ELYSIUM-07846058; WH_MDL_00008227
[13]  ELYSIUM-07846058; WH_MDL_00008257
[14]  ELYSIUM-07846058; WH_MDL_00029420
[17]  MPSKAT000110548; ELYSIUM-07846058; ELYSIUM-07846030; WH_MDL_00029420

CONFIDENTIAL

**In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
Expert Report of Bruce G. Dubinsky
Exhibit 5.03 - Summary of Cash Flows from Sample Claims (Lehman)

| Shareholder (Pension Plan) | Plan Participant[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Maximum Potential Amount Remaining for Plan (USD) | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gyes 23 LLC Solo 401(K) Plan[4] | Boston Bradley, Sr. | Chr Hansen Holding A/S | 1/28/2014 | 2/13/2014 | 1,296,017.82 | 5.43997 | 237,733.51 | 95.4% | (226,797.77) | 10,935.74 | 4.6% |
| Fifty EightSixty LLC Solo 401(K) Plan[4] | Danielle Tuglamatti | TDC A/S | 3/20/2014 | 5/14/2014 | 2,324,241.22 | 5.44344 | 426,980.22 | 88.6% | (378,304.48) | 48,675.75 | 11.4% |
| NYCATX LLC Solo 401(K) Plan[4] | Carl Vergari | Novo Nordisk A/S - B | 4/17/2014 | 6/4/2014 | 13,037,973.03 | 5.44286 | 2,378,298.13 | 93.9% | (2,233,221.94) | 145,076.19 | 6.1% |
| Adview Solo 401(K) Plan[4] | Sean Patrick Driscoll | A.P. Moller Maersk A/S - B | 4/17/2014 | 6/3/2014 | 4,999,428.00 | 5.47754 | 912,714.10 | 97.5% | (889,896.25) | 22,817.85 | 2.5% |
| Delgado Fox LLC Solo 401(K) Plan[4] | Bobbie Bradley | Danske Bank A/S | 4/28/2014 | 6/4/2014 | 1,778,970.60 | 5.48286 | 324,507.69 | 94.4% | (306,335.25) | 18,172.43 | 5.6% |
| The Dink 14 LLC 401(K) Plan[4] | Vincent Natoli | Carlsberg A/S - B | 4/30/2014 | 6/18/2014 | 1,124,504.64 | 5.49397 | 204,679.79 | 95.2% | (194,855.16) | 9,824.63 | 4.8% |
| The SkyBox LLC 401(K) Plan[4] | Bradley Crescenzo | Carlsberg A/S - B | 5/20/2014 | 6/18/2014 | 1,254,186.72 | 5.49397 | 228,284.23 | 95.2% | (217,326.59) | 10,957.64 | 4.8% |
| The Balmoral Management LLC 401(K) Pension Plan[9] | John LaChance | A.P. Moller Maersk A/S - A | 6/4/2014 | 7/11/2014 | 5,194,476.00 | 5.48354 | 947,285.15 | 95.2% | (901,815.46) | 45,469.69 | 4.8% |
| The MDP Wellness LLC 401(K) Plan[9] | Maryann Protass | Coloplast A/S - B | 7/18/2014 | 5/14/2014 | 923,717.52 | 5.44344 | 169,693.71 | 95.2% | (161,548.41) | 8,145.30 | 4.8% |
| The MPP Holdings LLC 401(K) Plan[9] | Mitchell Protass | A.P. Moller Maersk A/S - B | 7/18/2014 | 8/7/2014 | 4,408,614.00 | 5.58256 | 789,711.89 | 95.2% | (751,805.72) | 37,906.17 | 4.8% |
| The DMR Pension Plan[9] | Denton Bradley | A.P. Moller Maersk A/S - A | 4/15/2015 | 4/28/2015 | 12,805,074.54 | 6.80441 | 1,881,878.74 | 95.0% | (1,787,784.81) | 94,093.94 | 5.0% |
| The Mountain Air LLC 401(K) Plan[9] | Scott Shapiro | A.P. Moller Maersk A/S - A | 4/21/2015 | 5/12/2015 | 21,275,624.43 | 6.64217 | 3,203,113.51 | 95.0% | (3,042,957.83) | 160,155.68 | 5.0% |
| The Joyfam Blue Pension Plan[9] | Francine Tuglamatti | Danske Bank A/S | 4/23/2015 | 5/12/2015 | 4,947,384.42 | 6.64217 | 744,844.59 | 95.0% | (707,602.36) | 37,242.23 | 5.0% |
| The JT Health Consulting LLC 401(K) Plan[9] | Jana Tuglametti | Novozymes A/S - B | 4/27/2015 | 5/29/2015 | 627,934.68 | 6.7974 | 92,378.66 | 95.0% | (87,759.72) | 4,618.93 | 5.0% |
| The Lakeview Advisors 401(K) Plan[9] | Matthew Tucci | TDC A/S | 4/27/2015 | 5/29/2015 | 766,052.64 | 6.7974 | 112,697.89 | 95.0% | (107,063.00) | 5,634.89 | 5.0% |
| The Busby Black 401(K) Plan[9] | Monica Bradley | A.P. Moller Maersk A/S - B | 4/27/2015 | 5/29/2015 | 4,194,011.77 | 6.7974 | 617,005.29 | 95.0% | (586,155.03) | 30,850.26 | 5.0% |
| The Canmak Rock LLC 401(K) Plan[9] | Monica Bradley | Tryg A/S | 4/27/2015 | 5/29/2015 | 822,337.92 | 6.7974 | 120,978.30 | 95.0% | (114,929.39) | 6,048.92 | 5.0% |
| The Snow Hill Pension Plan[9] | Scott Shapiro | GN Store Nord A/S | 4/27/2015 | 7/28/2015 | 142,750.59 | 6.75434 | 21,134.65 | 95.0% | (20,077.91) | 1,056.73 | 5.0% |
| The SSLL LLC Pension Plan[9] | Scott Shapiro | Novo Nordisk A/S - B | 4/27/2015 | 7/16/2015 | 7,884,472.50 | 6.84556 | 1,151,764.43 | 95.0% | (1,094,176.21) | 57,588.22 | 5.0% |
| The Hoboken Advisors LLC 401K Plan[9] | Stacey Lepis | Vestas Wind Systems A/S | 4/27/2015 | 7/16/2015 | 1,181,660.80 | 6.84556 | 172,617.11 | 95.0% | (163,986.26) | 8,630.86 | 5.0% |
| The Snow Hill Pension Plan[9] | Scott Shapiro | Novozymes A/S - B | 4/27/2015 | 7/28/2015 | 676,834.38 | 6.75434 | 100,207.33 | 95.0% | (95,196.96) | 5,010.37 | 5.0% |
| The Bella Consultants Pension Plan[9] | Anthony Sinclair | GN Store Nord A/S | 4/28/2015 | 5/29/2015 | 145,557.73 | 6.7974 | 21,413.74 | 95.0% | (20,343.05) | 1,070.69 | 5.0% |
| CSCC Capital Pension Plan[9] | Scott Shapiro | A.P. Moller Maersk A/S - A | 5/1/2015 | 5/21/2015 | 12,785,916.42 | 6.70381 | 1,907,261.16 | 95.0% | (1,811,898.10) | 95,363.06 | 5.0% |
| The Atlantic DHR 401(K) Plan[9] | Joanne Bradley | TDC A/S | 5/1/2015 | 5/21/2015 | 745,868.52 | 6.70381 | 111,260.39 | 95.0% | (105,697.37) | 5,563.02 | 5.0% |
| The Jump Group LLC 401(K) Plan[9] | Joseph Whalen | Pandora A/S | 5/1/2015 | 5/21/2015 | 1,176,141.76 | 6.70381 | 175,742.12 | 95.0% | (166,955.01) | 8,787.11 | 5.0% |
| The Shapiro Blue Management LLC 401(K) Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - B | 5/1/2015 | 5/21/2015 | 12,783,787.74 | 6.70381 | 1,906,943.62 | 95.0% | (1,811,596.44) | 95,347.18 | 5.0% |
| The Jump Group LLC 401(K) Plan[9] | Scott Shapiro | H Lundbeck A/S | 5/1/2015 | 5/21/2015 | 979,297.29 | 6.70381 | 146,080.70 | 95.0% | (138,776.67) | 7,304.04 | 5.0% |
| CSCC Capital Pension Plan[9] | Scott Shapiro | Coloplast A/S - B | 5/1/2015 | 5/21/2015 | 1,861,303.05 | 6.70381 | 277,648.54 | 95.0% | (263,766.11) | 13,882.43 | 5.0% |
| The Fieldcrest Pension Plan[9] | Cynthia Crescenzo | A.P. Moller Maersk A/S - B | 5/7/2015 | 7/6/2015 | 4,184,452.71 | 6.7443 | 620,442.85 | 95.0% | (589,420.71) | 31,022.14 | 5.0% |
| The Westport Advisors LLC 401(K) Plan[10] | Cynthia Crescenzo | TDC A/S | 5/7/2015 | 7/8/2015 | 748,819.89 | 6.7314 | 111,242.82 | 95.0% | (105,680.67) | 5,562.14 | 5.0% |
| The Regfield's Pension Plan[9] | Bradley Crescenzo | A.P. Moller Maersk A/S - B | 5/7/2015 | 7/8/2015 | 4,197,756.96 | 6.7314 | 623,608.31 | 95.0% | (592,427.89) | 31,180.42 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[9] | Danielle Tucci | TDC A/S | 5/7/2015 | 7/8/2015 | 807,637.23 | 6.7314 | 119,980.57 | 95.0% | (113,981.54) | 5,999.03 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[9] | Danielle Tucci | A.P. Moller Maersk A/S - B | 5/7/2015 | 7/8/2015 | 4,195,628.28 | 6.7314 | 623,292.08 | 95.0% | (592,127.47) | 31,164.60 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | Chr Hansen Holding A/S | 5/11/2015 | 7/8/2015 | 816,338.50 | 6.7314 | 121,273.21 | 95.0% | (115,209.55) | 6,063.66 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | Novo Nordisk A/S - B | 5/14/2015 | 7/8/2015 | 7,790,337.10 | 6.7314 | 1,157,462.55 | 95.0% | (1,100,576.27) | 57,925.68 | 5.0% |
| The Chambers Blue Management LLC 401(K) Plan[10] | Jeffrey Chambers | DSV A/S | 5/14/2015 | 7/2/2015 | 299,704.46 | 6.7314 | 44,523.22 | 95.0% | (42,297.06) | 2,226.16 | 5.0% |
| The Blackbird 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/7/2015 | 1,080,973.35 | 6.81756 | 158,557.22 | 95.0% | (150,629.36) | 7,927.86 | 5.0% |
| The Beech Tree Partners 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/3/2015 | 1,778,265.50 | 6.72242 | 264,527.58 | 95.0% | (251,301.20) | 13,226.38 | 5.0% |
| **Total** | | | | | 148,056,127.71 | | 23,239,816.55 | 94.0% | (22,042,288.76) | 1,188,527.79 | |

% of Tax Refund:  94.0%

Notes:
1. See Exhibit 1.03.
2. S&P Capital IQ
3. This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
4. ELYSIUM-03151866, ELYSIUM-03250992
5. FIFTYEIGHTSIXTY00001226, ELYSIUM-04498217?, GYO6000000210-212
6. NYCATX00000106, ELYSIUM-04498217? NYCATX00000241-243
7. ELYSIUM-03250992, AOXVDW00000203, AOXVDW00000204
8. DELGADO00000318, DELGADO00000239, ELYSIUM-04526992
9. ELYSIUM-04526992
10. ELYSIUM-05744600
11. ELYSIUM-05269913