# Exhibit 82

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Cint. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00008 | 2734512 | 4/22/2013 | $25,606.15 | $265.19 | $25,871.34 | ($25,871.34) | 2/25/2014 | - | |
| | 2737637 | 5/22/2013 | $16,869.40 | - | $16,869.40 | ($16,869.40) | 2/25/2014 | - | |
| | | Duet - Belgium - Total | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | - |
| | | | | | | | | | |
| | | GRAND TOTAL | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | - |

1

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355388



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn                                      April 22, 2013
Argre Management LLC
40 West 57th Street
New York, New York  10019

**RE:** Duet - Belgium                                       **Invoice#:** 734512
**Our File Number:** 00647/0008                                 **PAGE:**    1

======================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

======================================================================

| | | Hours |
|---|---|---|
| 03/13/2013 | Ben-Jacob, Michael | 3.83 |
| | Review/edit documents.  Calls with Rich and meetings with Peter to discuss. | |
| 03/13/2013 | Wells, Peter B | 5.33 |
| | Call with Rich. Review documents and work on loan agreement and partnership. Discuss with Mr. Ben-Jacob. | |
| 03/14/2013 | Ben-Jacob, Michael | 3.08 |
| | Review documents, related emails and calls with Rich and Peter. | |
| 03/14/2013 | Wells, Peter B | 6.00 |
| | Call with Rich re documents. Review and revise the same. Review  and revise loan agreement. Call with UK counsel re related issues. | |
| 03/14/2013 | Fleet, Stuart | 0.42 |
| | Discussion with Peter Wells relating to English law as to agency and identifying the principal in a third party transaction. | |
| 03/14/2013 | Lewin, Daniel | 0.17 |
| | Discussion with MBJ and PW. | |
| 03/15/2013 | Ben-Jacob, Michael | 1.00 |
| | Review document. | |
| 03/15/2013 | Wells, Peter B | 1.83 |
| | Prepare for and participate on call with Duet. Review related documents. | |
| 03/17/2013 | Ben-Jacob, Michael | 1.33 |
| | Review documents.  Emails with Rich. | |
| 03/18/2013 | Ben-Jacob, Michael | 0.75 |
| | Review Duet charge agreements - related calls with Rich. | |
| 03/18/2013 | Wells, Peter B | 1.75 |
| | Review deed of charge and work on related issues. | |
| 03/19/2013 | Wells, Peter B | 1.50 |
| | Work on issues related to structure. Call with Woody and Kathleen re pension issues. Follow-up on matters re the same. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355389

# KAYE|SCHOLER LLP

TO:   John H. van Merkensteijn                                                    April 22, 2013

**RE:** Duet - Belgium                                                    **Invoice#:** 734512
**Our File Number:** 00647/0008                                             **PAGE:**   2

========================================================================

| Date | Timekeeper / Description | Hours |
|------|--------------------------|-------|
| 03/20/2013 | Ben-Jacob, Michael | 1.33 |
| | Attention to commodities pool issues, related calls and emails. | |
| 03/20/2013 | Tan, Madeleine M | 0.25 |
| | Interoffice conference call with Kathleen Wechter and George Williams re commodity pool issue. | |
| 03/20/2013 | Williams, George M | 1.50 |
| | Telephone conference and research regarding CFTC issues. | |
| 03/20/2013 | Wechter, Kathleen A | 1.58 |
| | Conference M. Ben-Jacob and review information from client regarding plan status for CFTC purposes and review; conferences M. Tan and G. Williams; conferences G. Williams and M. Ben-Jacob regarding same. | |
| 03/20/2013 | Wells, Peter B | 1.33 |
| | Work on issues related to representations. Review revisions to documents. | |
| 03/21/2013 | Ben-Jacob, Michael | 1.00 |
| | Calls with George Williams and Rich. | |
| 03/21/2013 | Williams, George M | 2.00 |
| | Research and advice regarding CFTC issues. | |
| 03/22/2013 | Ben-Jacob, Michael | 0.42 |
| | Call with George Williams and follow-up email to Rich. | |
| 03/22/2013 | Williams, George M | 0.50 |
| | Further analysis of CFTC issues. | |
| 03/25/2013 | Ben-Jacob, Michael | 1.50 |
| | Review transaction documents and drafting email to Rich with comments. | |
| 03/25/2013 | Wells, Peter B | 2.25 |
| | Review Duet documents. | |
| 03/26/2013 | Williams, George M | 1.00 |
| | Advice regarding retirement plan exemptions under the CFTC's regulations. | |
| 03/26/2013 | Wells, Peter B | 2.25 |
| | Work on issue related to documents. Call with group. Follow-up issues re the same. | |
| 03/27/2013 | Ben-Jacob, Michael | 0.25 |
| | Following up on emails. | |
| 03/27/2013 | Williams, George M | 1.00 |
| | Conference call with Duet regarding CFTC issues; preparatory conference calls. | |
| 03/27/2013 | Wells, Peter B | 2.83 |
| | Prepare for and participate on call with Duet. Follow-up re issues related to the same. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355390**

**KAYE | SCHOLER** LLP

TO:    John H. van Merkensteijn                                        April 22, 2013

RE: Duet - Belgium                                              Invoice#: 734512
Our File Number: 00647/0008                                    PAGE:    3

---

| 03/28/2013 | Williams, George M | 0.50 |
|---|---|---|

Review regulatory situation.

| 03/28/2013 | Wells, Peter B | 1.75 |
|---|---|---|

Work on issues related to revised document. Work on outstanding legal issues related to pensions etc.

| 03/29/2013 | Wells, Peter B | 0.83 |
|---|---|---|

Work on revisions related to documents.

Total Hours................. 51.06

Fees through 03/31/2013.................................... $35,606.15

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 14.49 | $10,939.95 |
| Tan, Madeleine M | 795.00 | 0.25 | 198.75 |
| Williams, George M | 735.00 | 6.50 | 4,777.50 |
| Wechter, Kathleen A | 765.00 | 1.58 | 1,208.70 |
| Wells, Peter B | 650.00 | 27.65 | 17,972.50 |
| Fleet, Stuart | 845.00 | 0.42 | 354.90 |
| Lewin, Daniel | 905.00 | 0.17 | 153.85 |
| Fees through 03/31/2013.............. | | 51.06 | $35,606.15 |

\*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------\*

| Transportation | $265.19 |
|---|---|
| Total Costs through 03/31/2013......................... | $265.19 |

| Fees this Invoice.................................................. | $35,606.15 |
|---|---|
| Less Discount of................................................ | (10,000.00) |
| Adjusted Fees......................................................... | $25,606.15 |
| Costs this Invoice.................................................. | $265.19 |
| **Total Due this Invoice................................................................** | **$25,871.34** |

**Please remit payment within thirty (30) days.**

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355391**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0008
Invoice Number: 734512
Total Amount Due: $25,871.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn                                    May 22, 2013
      40 West 57th Street
      New York, New York
      alicia@agremgt.com
      New York, New York  10019


RE: Duet - Belgium                                  **Invoice#:** 737637
**Our File Number:**00647/0008                       **PAGE:**    1

<hr>

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

<hr>

|            |                                                                                       | Hours |
|------------|---------------------------------------------------------------------------------------|-------|
| 03/17/2013 | Woodard, A.F.                                                                          | 1.17  |
|            | Review of Custody Agreement and other documents re proposed Duet transaction.        |       |
| 03/28/2013 | Ben-Jacob, Michael                                                                    | 0.83  |
|            | Attention to misc. emails on open points re: documentation.  Related review and conference with Peter. |       |
| 04/01/2013 | Williams, George M                                                                    | 1.00  |
|            | Comment on CFTC issues in documents.                                                  |       |
| 04/01/2013 | Wells, Peter B                                                                        | 1.50  |
|            | Work on revisions to documents and related CFTC issues.                               |       |
| 04/02/2013 | Williams, George M                                                                    | 0.50  |
|            | Advice regarding CFTC-related change in wording.                                      |       |
| 04/02/2013 | Wells, Peter B                                                                        | 1.00  |
|            | Review revised documents and work on related matters.                                 |       |
| 04/10/2013 | Ben-Jacob, Michael                                                                    | 2.25  |
|            | Numerous calls, emails with George and Rich re: CFTC issues.                          |       |
| 04/10/2013 | Williams, George M                                                                    | 2.17  |
|            | Discussion of structure and preparation of a CFTC-related representation for Mill River. |    |
| 04/10/2013 | Michel, Patrick A                                                                     | 0.58  |
|            | Conference with M Ben-Jacob re Securities Laws issues.                                |       |
| 04/11/2013 | Williams, George M                                                                    | 0.50  |
|            | Advice regarding CFTC analysis.                                                       |       |
| 04/15/2013 | Ben-Jacob, Michael                                                                    | 0.83  |
|            | Attention to CFTC matters.                                                            |       |
| 04/15/2013 | Wells, Peter B                                                                        | 0.50  |
|            | Work on issues related to loan structure.                                             |       |
| 04/16/2013 | Ben-Jacob, Michael                                                                    | 0.08  |
|            | Attention to misc. emails.                                                            |       |

Image Not Available

TO:    John H. van Merkensteijn                                    May 22, 2013

**RE:** Duet - Belgium                                    **Invoice#:** 737637
**Our File Number:** 00647/0008                                **PAGE:**   2

=======================================================================

| 04/16/2013 | Williams, George M | 1.25 |
|---|---|---|

Discussions regarding the numerical calculations in available CFTC exemptions and also required representations;.

| 04/17/2013 | Ben-Jacob, Michael | 1.83 |
|---|---|---|

Attention to CFTC issues.  Related conference call with Duet.  Follow-up emails, etc.

| 04/17/2013 | Williams, George M | 3.00 |
|---|---|---|

Telephone conference regarding regulatory status; review; work on representations.

| 04/17/2013 | Wells, Peter B | 1.42 |
|---|---|---|

Call with Duet and counsel re CFTC issues. Follow-up re the same.

| 04/19/2013 | Ben-Jacob, Michael | 0.42 |
|---|---|---|

Attention to emails re: QEP representation.  Attention to draft rep. letter and related emails.

| 04/19/2013 | Williams, George M | 1.25 |
|---|---|---|

Research and draft possible representation regarding qualified eligible purchaser status.

| 04/19/2013 | Wells, Peter B | 0.50 |
|---|---|---|

Review and revise rep letters.

| 04/26/2013 | Michel, Patrick A | 0.67 |
|---|---|---|

Conferences with E. Marcus.

Total Hours.................   23.25

Fees through 04/30/2013...................................   $16,869.40

\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 6.24 | $4,711.20 |
| Williams, George M | 735.00 | 9.67 | 7,107.45 |
| Michel, Patrick A | 710.00 | 1.25 | 887.50 |
| Wells, Peter B | 650.00 | 4.92 | 3,198.00 |
| Woodard, A.F. | 825.00 | 1.17 | 965.25 |
| Fees through 04/30/2013............... | | 23.25 | $16,869.40 |

\*-------------------------------OUTSTANDING BALANCE--------------------------------\*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

Image Not
Available

TO:    John H. van Merkensteijn                                                        May 22, 2013

**RE:** Duet - Belgium                                                                   **Invoice#:** 737637
**Our File Number:** 00647/0008                                                          **PAGE:**   3

| Invoice# | Date | Amount |
|----------|------|--------|
| 734512 | 04/22/2013 | $25,871.34 |
| Prior Balance Due........................................................................ | | $25,871.34 |

| | |
|---|---|
| Fees this Invoice.......................................................................... | $16,869.40 |
| Total Due this Invoice.................................................................. | $16,869.40 |
| Prior Balance Due (from above)................................................... | 25,871.34 |
| **TOTAL DUE........................................................................** | **$42,740.74** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355395**

Image Not Available

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0008
Invoice Number: 737637
Total Amount Due: $42,740.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER